# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBERT POTTS, | : | |
| Plaintiff, | : | Case No. 3:11cv00350 |
| vs. | : | District Judge Walter Herbert Rice |
| HUNTINGTON BANCSHARES, INC. PLAN, *et al.*, | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by counsel that all matters between the Plaintiff and Defendant Unum Life Insurance Company of America have been settled, IT IS ORDERED that the action between these parties is hereby DISMISSED, with prejudice as to these parties, provided that these parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary. IT IS SO ORDERED.

March 6, 2012

                                                            s/Sharon L. Ovington
                                                            Sharon L. Ovington
                                                      United States Magistrate Judge